UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. WARRICK,

    Petitioner,

v.                                                Case No. 3:23cv24724-LC-HTC

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 17, 2024 (ECF No. 16) recommending Petitioner's habeas petition (ECF No. 1) be denied without an evidentiary hearing. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close the file.

**DONE AND ORDERED** this 15th day of November, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**